■ In the Matter of BART J. HAGGERTY, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. [630 NYS2d 582] —In a proceeding to invalidate petitions designating various persons as candidates in a primary election to be held on September 12, 1995, for the Republican Party position of Member of the County Committee in the County of Queens, 28th Assembly District, the appeal is from a judgment of the Supreme Court, Queens County (Lonschein, J.), dated August 17, 1995, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Contrary to the petitioner's contention, the Supreme Court properly dismissed the proceeding. The petitioner lacked standing to challenge the designating petitions because he was not enrolled to vote in the same election district as any of the candidates (see, Election Law § 6-154; Lucariello v Niebel, 72 NY2d 927, 928; Matter of Cantatore v Sunderland, 196 AD2d 606, 607).

The petitioner's claim of fraud is without merit. Sullivan, J. P., Rosenblatt, Miller and Altman, JJ., concur.